*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-09-00666-CR

Pete **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 253757
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed: December 16, 2009

DISMISSED FOR LACK OF JURISDICTION

Based on our review of the record, it appears that appellant is seeking to appeal the trial court's order modifying the conditions of his probation. An order modifying the terms and conditions of probation is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). By order dated November 9, 2009, appellant was ordered to show cause in writing no later than fifteen days from the date of our order why this appeal should not be dismissed

for want of jurisdiction.  On December 2, 2009, appellant's attorney responded and agreed that the order is not an appealable order.  The appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH